In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-055 CR


____________________



STEPHEN RICHARD SPRADLING, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 86032






MEMORANDUM OPINION (1)


 We have before the Court an appeal by Stephen Richard Spradling from a sentence
pronounced December 11, 2002. No motion for new trial was timely filed. The notice
of appeal was filed with the trial court on January 13, 2003, more than thirty days from
the date sentence was imposed in open court. We notified the parties that the appeal did
not appear to have been timely filed, but received no reply. The Court finds the notice of
appeal was not timely filed. Tex. R. App. P. 26.2. No extension of time was timely
requested pursuant to Tex. R. App. P. 26.3. It does not appear that appellant obtained an
out-of-time appeal. The Court finds it is without jurisdiction to entertain this appeal.

 It is therefore ORDERED that the appeal of this cause be DISMISSED for want of
jurisdiction.

 APPEAL DISMISSED. 

 PER CURIAM



Opinion Delivered March 27, 2003 

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.